UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINDER SCIENCE LLC, and THOMAS HYNAN
WENTZLER,

                        Plaintiffs,

        -against-

OVO CAPITAL HOLDINGS LLC, TRIBOLT
CAPITAL LLC, I FUND EXPERTS LLC,
BRIDGE VENTURE CAPITAL LLC,
FUND4LESS LLC, AARON RUBEN, DAVID
DAVYDOV, and ANTON DAVYDOV,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/12/2026_

26 Civ. 3876 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

    SO ORDERED.

Dated:  June 12, 2026
        New York, New York

                                            _____
                                            ANALISA TORRES
                                            United States District Judge