USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINDER SCIENCE LLC, and THOMAS HYNAN WENTZLER,

Plaintiffs,

-against-

OVO CAPITAL HOLDINGS LLC, TRIBOLT CAPITAL LLC, I FUND EXPERTS LLC, BRIDGE VENTURE CAPITAL LLC, FUND4LESS LLC, AARON RUBEN, DAVID DAVYDOV, and ANTON DAVYDOV,

Defendants.

26 Civ. 3876 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 12, 2026, the Court ordered the parties to submit a joint letter and proposed case management plan by August 12, 2026. *See* ECF No. 11. That deadline has passed. Accordingly, by **September 1, 2026**, the parties shall submit a joint letter and proposed case management plan.

SO ORDERED.

Dated: August 18, 2026
New York, New York

ANALISA TORRES
United States District Judge